# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
JAN 17 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Josh Lamare Cliff
_____

(Full name of the Plaintiff(s) in this action)

v.

Joseph Moore
James Wyatt
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:23-CV-5-JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Josh Lamare Cliff

Place of Confinement: Daviess County Detention Center

Address: 3337 HWY 144 Owensboro, KY 42303

Status of Plaintiff: CONVICTED (X)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Joseph Moore__ is employed as __Captain__ at __Daviess County Detention Center__

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant __James Wyatt__ is employed as __Leuthant__ at __Daviess County Detention Center__

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant _____ is employed as _____ at _____

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(4) Defendant _____ is employed as _____ at _____

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

  (5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

 (A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (X)

 (B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

 Parties to the previous lawsuit:

  Plaintiff(s): _____

  Defendant(s): _____

 Court (if federal court, name the district. If state court, name the county):
_____

 Docket number: _____

 Name of judge to whom the case was assigned: _____

 Type of case (for example, habeas corpus or civil rights action): _____

 Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

 Approximate date of filing lawsuit: _____

 Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

---

7-11-2022 I was put in the hole for a fight that involved injuries but nothing broken. I was put on high risk for the fight and remained in the hole until 9-8-2022. With high risk evaluations being built done 1st of month. In comparison an inmate named Adam Freer had a fight 11/2022 (Nov); broke someone's nose & the Doctor got involved as did the nurses of Daviess County Detention Center. Adam Freer only stayed in the hole for about a week no high risk. had n incider report within duration

I had another fight 9-28-2022 this time no real injury. Just a regular fight but I'm currently on high risk for it. It is 12- -2022 and had no incident reports for October. I've never seen or heard of any other inmates on high risk for a regular fight, not to mention this long; nor has anyone else, even Sgt Longest says its not worth high risk mention this long; Arion Austin was a state inmate like me and has been locked up in this jail since March 2021 & is believed to've been released on parole or servedout Nov. of 2022, has been in six (6) or more reported fights; has not once been put on high risk, in all of his 15-20 months incarcerated in this jail for the fights. Opposed to me, I've only been in a total of

(Moore) 4 altercations, in all of 23 months incarcerated in this jail
ex(Wyatt) have me in B132 pod of B block in
lue Infraction where High Risk inmates can not
recieve food commissary opposed to the actual
High Risk pod A226 of A block strictly
reserved for high risk inmates where they can recieve such commissary

L~~~~~~~~~~~ ~~~~~~ as implied ~~~~~~~~ that he is trying to get me sent to a Max Prison ~~~~~~ as if he has ~~~~~~~~ a personal agenda ~~~~~~~ 3 to 4 physical altercations isn't Max institution worthy.

Also ~~~~~~ asked for 5-6-22 I asked Deputy Dylan Webb to ask Lt. James Wyatt "why am I still on High Risk", he relayed back to me that Wyatt said its because I "threatened the jailer". This false accusation has been addressed me on a grievance pending response.

### III. STATEMENT OF CLAIM(S) continued

The dates of Arion Austin's fights were ~~~~ on or about 4-2-2021, 4-21-2021, 6-13-2021, 1-11-2022, 8-2-2022, & 8-11-2022. Jeff Young has a pending assault 3rd charge on DCDC Staff for which he was put on high risk for 30 days at the beginning of 2022 & has been in multiple fights since having only been locked up since Jan, some he says from his own mouth has not been made logged reports in the system about but he was not on high risk for ~~~~ his fights. Chase Simmons & Jordan Payne both at some point at two different times in 2022 were put on high risk for using weapons to hurt or attempt to do great bodily harm to inmates. Jordan Payne was on high risk ~~~ from April 2022 to about Aug I believe. But its because he kept getting incident reports while in the hole, which are supposed to effect ~~~~ the inmate's high risk evaluation conducted by James Wyatt you would think. Chase Simmons got put on high risk around the same time I did this time, Sep 2022. He both got an incident report in November & got out the hole and off ~~~~~~~~~~~~~~~~~~~~~~~~ high risk 12-5-2022. Lt. James Wyatt is violating my 5th Amendment Right to Equal Protection & 8th Amendment Right to be protected from cruel & unusual punishment. Joseph Moore ~~~~~~~~~~~~~ told Chase Simmons ~~ that Mr. Simmons has a better chance of getting off high risk than I do back in Oct. 2022 and encouraged Chase Simmons to relay that message to me. Which to me is inflicting & ~~~~ purposefully furthering psychological suffering upon me, beyond routine discomfort. Which is also a violation of my 8th Amendment Right to be protected from cruel & unusual punishment. James Wyatt told Chase Simmons "I dont care about inconspicuous write ups I'm looking for violent slip ups" regarding the incident reports wrote up on Chase Simmons for ~~~~~~~~~~~~~~~~~~~~~~

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

___ award money damages in the amount of $ _____

_X_ grant injunctive relief by _Stop putting me in the hole for month(s) for comm. behavi among inmate_

___ award punitive damages in the amount of $ _____

_X_ other: _Immediate Transfer of Plaintiff to Roederer Assessment Center (RCC) To be classified and do programs in a hurry home._

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, 20__.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Josh Clift
3337 Hwy 144
Owensboro, KY
42303

423 Frederica St
Suite 126
Owensboro, KY
42301-3013



RDC 99
42301
U.S. POSTAGE PAID
FCM LG ENV
SIOUX CITY, IA
51101
JAN 13, 23
AMOUNT
$1.92
R2305K131093-17